JAIMIE MAGEE, Respondent, v COUNTY OF SUFFOLK, Appellant, et al., Defendants.

Submitted May 15, 2006; decided July 5, 2006

Motion for leave to appeal dismissed upon the ground that appellant is not a party aggrieved.

In the Matter of HERBERT MOSKOWITZ et al., Appellants, v LORRAINE JORDEN, Respondent.

Submitted May 30, 2006; decided July 5, 2006

Motion by the New York City Loft Board for leave to appear amicus curiae on the motion for leave to appeal herein granted and the proposed affirmation is accepted as filed.

PAUL SPERRY, Appellant, v CROMPTON CORPORATION et al., Respondents, et al., Defendants.

Submitted May 15, 2006; decided July 5, 2006

Motion by the American Antitrust Institute for leave to appear amicus curiae on the motion for leave to appeal herein granted and the proposed brief is accepted as filed.